IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 14-CR-0078 |
| Plaintiff, | ) | **INFORMATION** |
| vs. | ) | Count 1 |
| | ) | 21 U.S.C. § 846: Conspiracy to |
| MATTHEW FRITZ, | ) | Distribute a Controlled Substance |
| Defendant. | ) | |

The United States Attorney charges:

### Count 1
### Conspiracy to Distribute a Controlled Substance

Beginning in or about December 2012, and continuing to in or about May 2013, in the Northern District of Iowa, and elsewhere, defendant MATTHEW FRITZ did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the United States, to distribute a mixture or substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

This was in violation of Title 21, United States Code, Section 846.

KEVIN W. TECHAU
United States Attorney

By: *[signature]*

JUSTIN LIGHTFOOT
Assistant United States Attorney