IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

DIVISION: CEDAR RAPIDS

UNITED STATES OF AMERICA,

Plaintiff

vs

MATTHEW FRITZ,

Defendant

Case No.: 14-CR-78-LRR

# NOTICE

☐ Civil          ☒ Criminal

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:** Courtroom 4 - 4th Fl
111 Seventh Ave SE
Cedar Rapids, IA  52401-2101

Date: 8/18/2014
Time: 1:30 pm
w/Judge: Ch. Magistrate Judge Jon S. Scoles

## Type of Proceeding:  Arraignment/Initial Appearance/Plea

Date: 07/31/2014

**ROBERT L. PHELPS**
Clerk of Court

*K Jorgensen*
(By) Deputy Clerk